

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF Attorney General

JOSH SHAPIRO
ATTORNEY GENERAL

May 27, 2021

Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone (717) 772-3561
dgallagher@attorneygeneral.gov

**Honorable Malachy E. Mannion**
**235 N. Washington Ave.**
**PO Box 191**
**Scranton, PA 18501**

    **RE:** *Simms v. Wetzel, et al.*
          **No. 20-1411 (M.D.Pa.)**

Dear Judge Mannion:

    I acknowledge receipt of the letter from the above inmate filed this date. In reviewing my file I see that he has correctly stated that I failed to send him my Brief regarding his Motion to Compel. This was not a "stunt," it was a mistake. I had filed the Brief myself, as opposed to the usual practice of having our administrative people handle it, as they routinely manage these tasks. It slipped my mind to get the inmate a copy. I apologize for the inconvenience, and I obviously do not object to his request for additional time to file a Reply. A copy of this letter and the Brief will be forwarded to the inmate.

    Thank you for your attention.

                      Sincerely yours,

                      s/ *Daniel J. Gallagher*
                      DANIEL J. GALLAGHER
                      Deputy Attorney General