UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN M. SIMMS,                  :

      Plaintiff              :   CIVIL ACTION NO. 3:20-01411

v.                               :        (JUDGE MANNION)

JOHN WETZEL, et al.,             :

      Defendants             :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Corrections Defendants' motion to dismiss Plaintiff's Amended Complaint for failure to comply with Fed.R.Civ.P. 20(a)(2) (Doc. 53) is **GRANTED** without prejudice.

2. Plaintiff shall **FILE** a Second Amended Complaint on or before December 10, 2021.

3. The Clerk of Court shall provide Plaintiff with two copies of this Court's form complaint used to file civil rights actions pursuant to 42 U.S.C. §1983.

4. The Second Amended Complaint shall contain the same case number that is already assigned to this action, 3:20-cv-1411, and shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter. See Fed.R.Civ.P. 8(e).

5. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of court. See Fed.R.Civ.P. 20.

6. Remaining Defendants' motions for summary judgment (Docs. 48, 109), are **DISMISSED** without prejudice to renewal. Defendant, Dr. Dancha's motion for enlargement of time to file his motion for summary judgment (Doc. 103) is **DISMISSED** as moot.

7. Plaintiff's motion to convert Defendants' motion to dismiss to a motion for summary judgment (Doc. 98), motion to dismiss Defendants' "Supplemental Verification" (Doc. 100), Plaintiff's motion for leave to file a supplemental and amended complaint (Doc. 62), motion to file a supplemental affidavit (Doc. 113) and motion for leave to file evidence in support of discovery protection order (Doc. 117) are **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:** November 15, 2021
20-1411-01-ORDER