IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN SIMMS | : | CIVIL ACTION |
| V. | : | NO. 20-1411 |
| VERNON PRESTON, MD, et al. | : | |

STATUS UPDATE ON BEHALF OF DEFENDANTS, ANDREW J. DANCHA, D.O., ETHAN ERNST, PA AND VERNON PRESTON, M.D., PER COURT ORDER OF DECEMBER 9, 2021 (DOC. 139)

I. INTRODUCTION

On December 9, 2021, the Court requested an update on Plaintiff, Shawn Simms' ("Simms") medical and mental health condition in reply to a letter he sent to the Court. The Court requested an update by December 19, 2021, which was a Sunday. This update now follows:

II. STATUS UPDATE

Simms is an inmate housed at SCI-Rockview. Dr. Vernon Preston, the Medical Director at SCI-Rockview, confirmed that Simms' health is fine. Simms is not eating but is drinking. He did the same thing a few weeks ago and then started to eat again. The medical providers do not handle Simms mental health issues.

Simms is able to walk to the front of the cell and answer questions

appropriately. He is ambulatory and able to stand without assistance.  Simms refuses to have blood work preformed and has refused certain testing, such as an urine study. Simms does not require forced feeding and there is no Court Order allowing such action.

                               GOLD & FERRANTE, P.C.

                               BY:   /S/ ALEXANDER R. FERRANTE
                                          ALEXANDER R. FERRANTE
                                          Attorney for Medical Defendants
                                          716 N. Bethlehem Pike, Suite 208
                                          Lower Gwynedd, PA 19002
                                          (215)885-1118
email: arf@goldferrantelaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have sent a true and correct of Defendants, Andrew J. Dancha, DO, Ethan Ernst, PA and Vernon Preston, MD's Status Update via US First Class Regular Mail and ECF Filing (where noted below) on this date to the following individuals:

Smart Communications Pa DOC
Shawn Simms, JP-4037
SCI-Rockview
P.O. Box 33028
St. Petersburg, Fla. 33733

Daniel J. Gallagher    dgallagher@attorneygeneral.gov

                                          /s/ ALEXANDER R. FERRANTE
                                      ALEXANDER R. FERRANTE

Dated:      December 20, 2021