## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN M. SIMMS,** | **:** | |
| **Plaintiff** | **:** | **No.  3:20-CV-1411** |
| **v.** | **:** | |
| | **:** | **Judge Malachy E. Mannion** |
| **C.O. CUMMINGS, SGT. DREXLER,** | **:** | |
| **C.O. POLLOCK, SGT. ROBERTS, C.O.** | **:** | **Electronically Filed Document** |
| **SHOWERS,  DR. DANCHA, ETHAN** | **:** | |
| **ERNST, AND DR. PRESTON** | **:** | *Complaint Filed 08/10/20* |
| | | |
| **Defendants** | **:** | |

## DEFENDANTS' UPDATE ON MEDIATION

AND NOW, come the Commonwealth Defendants, by and through undersigned counsel, and file the herein Update on Mediation, as follows.

1. The Court previously requested an update on whether Defendants were amenable to mediation in this matter.  (ECF Doc. 181).

2. The Court has granted the previously filed motion to extend discovery and motion to depose the Plaintiff.  (ECF Docs. 191, 192).

3. Commonwealth Defendants are not agreeable to mediation at this time.

4. Counsel for the remaining Defendants, Alexander Ferrante, has been contacted and is in agreement with this decision.

Respectfully submitted,

**JOSH SHAPIRO**
**Attorney General**


By:   */s/ Jonathan M. Blake*
_____
**JONATHAN M. BLAKE**
**Deputy Attorney General**
**Attorney ID 307030**

**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Phone: (717) 783-7128**
**KAREN M. ROMANO**
**Chief Deputy Attorney General**
**Civil Litigation Section**

**jblake@attorneygeneral.gov**

**Date:  November 10, 2022**
**Counsel for Defendants** Cummings,
Drexler,  Pollock, Roberts, and Showers

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN M. SIMMS, | : | |
| **Plaintiff** | : | **No.  3:20-CV-1411** |
| v. | : | |
| | : | **Judge Malachy E. Mannion** |
| C.O. CUMMINGS, SGT. DREXLER, | : | |
| C.O. POLLOCK, SGT. ROBERTS, C.O. | : | **Electronically Filed Document** |
| SHOWERS,  DR. DANCHA, ETHAN | : | |
| ERNST, AND DR. PRESTON | : | *Complaint Filed 08/10/20* |
| | : | |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, Jonathan M. Blake, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on November 10, 2022, I caused to be served a true and correct copy of the foregoing document titled Defendants' Update on Mediation as follows:

**VIA ECF**

**Alexander R. Ferrante, Esquire**

*VIA U.S. MAIL*

**Gold & Ferrante, PC**
**716 North Bethlehem Pike, Ste 208**

*Smart Communications/PADOC[1]*
*Shawn M. Simms, JP-4037*
*SCI Coal Township*
*PO Box 33028*
*St. Petersburg, FL 33733*
*Pro Se Plaintiff*

**Lower Gwynedd, PA  19002**
arf@goldferrantelaw.com
*Counsel for Defendants Dancha,*
*Ernst and Preston*

 /s/ Jonathan M. Blake
**JONATHAN M. BLAKE**
Deputy Attorney General

---

[1]     Pursuant to a recent change to the Department of Corrections' mail procedures, all mail, except mail from an inmate's attorney or from a court, must be processed through the vendor listed.